[No. 57240-7-I. Division One. November 19, 2007.]

*In the Matter of the Detention of* CHARLES LEE JOHNSON, *Appellant.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated March 3, 2008. Substitute opinion filed. See 143 Wn. App. 1022.

[No. 57613-5-I. Division One. November 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. JOLLIFFE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-02383-5, Laura C. Inveen, J., entered January 9, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57869-3-I. Division One. November 19, 2007.]

DAVID MCALLISTER ET AL., *Appellants*, v. THE CITY OF BELLEVUE FIREMEN'S PENSION BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-07049-8, Michael S. Spearman, J., entered February 13, 2006. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Agid, J. Now published at 142 Wn. App. 250.

[No. 58564-9-I. Division One. November 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY PENDLETON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-11665-6, Gregory P. Canova, J., entered June 26, 2006. *Affirmed* by unpublished per curiam opinion.